### The Wisconsin Lime & Cement Company, Appellee, v. Herman C. Lelivet, Appellant.

### Gen. No. 17,881.   (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. JOHN E. OWENS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 15, 1913.

### Statement of the Case.

Action by the Wisconsin Lime & Cement Company against Herman C. Lelivet on contract. From a judgment for plaintiff for one hundred and seventy-five dollars, defendant appeals.

F. W. BALCOMB, for appellant.

RICE & O'NEIL, for appellee.

MR. JUSTICE BAUME delivered the opinion of the court.

### Abstract of the Decision.

1. BILLS AND NOTES, § 39*—*when acceptance is necessary.* Under Negotiable Instruments Act, §§ 125, 131, J. & A., ¶ 7765, 7771,

See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

no recovery can be had upon a written order of a subcontractor on a contractor directing him to pay a specified sum of money to a material man when such order, or bill of exchange, is not accepted by the contractor.

2. NOVATION, § 1*—*what constitutes.* A novation exists where a contractor refuses to pay an order drawn upon him by a subcontractor in favor of a material man, but subsequently pays half of the claim of the material man in consideration of a waiver of lien and agrees to pay the balance of the claim at a certain time.